UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-cv-25871-DPG

BRIDLINGTON BUD LTD,

      *Plaintiff*,

v.

The Partnerships, Unincorporated Associations Identified on Schedule A,

      *Defendants*.

_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff BRIDLINGTON BUD LTD, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the following three Defendants with prejudice. Each party shall bear its own costs and fees.

| Def. No. | Seller Aliases | Defendants' Walmart Store URLs |
|---|---|---|
| 1 | GZCM Co.,Ltd | https://www.walmart.com/global/seller/102917692 |
| 6 | YaLi.En | https://www.walmart.com/global/seller/102901020 |
| 7 | Yangtianshangmao | https://www.walmart.com/global/seller/102843963 |

February 28, 2026.

    Respectfully submitted,

    /s/ Andrew Palmer
    Andrew J. Palmer
    Palmer Law Group, P.A.
    110 East Broward Blvd, Suite 1700
    Fort Lauderdale, FL 33301
    Phone: 954-771-7050
    ajpalmer@palmerlawgroup.com
    ***Attorney for Plaintiff***