FILED BY _____ D.C.

MAR 19 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| BRIDLINGTON BUD LTD, | Case No. 1:25-cv-25871-DPG |
| Plaintiff, | |
| v. | Judge Darrin P. Gayles |
| The Partnerships, Unincorporated Associations Identified on Schedule A., | |
| Defendants. | |

## Motion to vacate default AND

## Motion for Extension

The stores <u>FAFABO Home Mall (Doe 8)</u> and <u>Spretsnow(Doe 13)</u> hereby through the owner Li Zhengke ("Defendant") respectfully requests the court to vacate default against defendant and give defendant a 28-day extension of time to respond to Plaintiff's complaint or settle out of court. Specific reasons are as follows:

1. The Defendant is a Chinese seller who operates seller account on Walmart platform. Defendant receives many emails on daily basis through the email associated with Walmart store. These emails include advertising messages, operational updates, customer inquiries, and platform notifications. Due to the barrage of communications—often dozens or more per day—it is common for specific emails to be inadvertently overlooked, especially if they are not immediately recognized as urgent or if language barriers impede quick comprehension.

2. Upon knowledge of the lawsuit, defendant immediately contacted plaintiff. Defendant now is actively discussing settlement with Plaintiff through email. At the initial stage, both parties have

1

not yet reached an agreement on the terms of the settlement. Defendant needs additional time to discuss settlement terms with Plaintiff and execute it if agreed by both parties.

3. Defendant has strong basis to answer to plaintiff's complaint, mainly, plaintiff failed to establish the court's personal jurisdiction, nor established a clear claim that accused activity constituted trademark infringement. Defendant will specify the reasons subsequently if extension motion is granted.

4. The extension will not cause damages to Plaintiff.

5. This is the first Motion for an extension of time filed by Defendant and it has been filed in good faith and is not interposed for purposes of delay.


**WHEREFORE,** Defendant respectfully requests this Court to vacate default and give a 28-day extension to April 15, 2026, so that Defendant can execute settlement or respond to Plaintiff's claims.


Date: March 18, 2026

Respectfully Submitted

/s/Li Zhengke

Email: csfseller@163.com

Phone number: 131-0211-4557

Address: 102, No. 85 Liyuan Road, Tianhe District, Guangzhou, China.

The UPS Store RFID Label

Tracking #

1Z01127F027915 2653

This envelope is for use with the following services:

UPS Next Day Air®
UPS Worldwide Express®
UPS 2nd Day Air®

Do not use this envelope for:

UPS Ground
UPS Standard
UPS 3 Day Select®
UPS Worldwide Expedited®

ing documents on this side.

to
kup

elopes may only contain
ectronic media, and must v
g items other than those lis
eight.

or documents of no comm
edia is classified as a docum
ent is classified as a docur

velope must weigh 8 oz.
oz. will be billed by weig

nded for shipments of
information or breakable

g documents printed
i plain paper. Insert
dow from the top.

der may be subject to the rules relating to liability and other terms and/or conditions established
Rules Relating to International Carriage by Air (the "Warsaw Convention") and/or the Convention on
ods by Road (the "CMR Convention"). These commodities, technology or software were exported
inistration Regulations. Diversion contrary to U.S. law prohibited.

MMHP9KMXY2NPF2 ISN: 13.00C BIXOLON S 11.5V 09/2026

BILLING: P/P

WILKIE D FERGUSON US COURTHOUSE
400 N MIAMI AVE
RM 8N09
MIAMI FL 33128

UPS 2ND DAY AIR

TRACKING #:   1Z 011 27F 02 7915 2653

FL 330 9-03

MIAMI FL 33128-1805

SHIP TO:
WILKIE D FERGUSON US COURTHOUSE
RM 8N09
400 N MIAMI AVE.
(305) 523-5100

XIAOYU FU
THE UPS STORE #5176
(867) 766-6061
SUITE C
550 WEST MAIN STREET
ALHAMBRA CA 91801-3376

SHIP TO:

0.3 LBS LTR
SHIP WT: LTR
DATE: 17 MAR 2026
010195033   05/21   TG   United Parcel Service

RECEIVED BY:
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI
MAR 19 2026

M316-4600 × [ ]
P: GREEN3 S: TRED
1Z01127F027915 2653
US 3313 UOC 28.9 SATOLR
SAT08485 XLE L15L17-2 Mar #00 23-29:45 2026

Serving you for more than 110 years
United Parcel Service.®

For information about UPS's privacy practices or to opt out from the sale of
personal information, please see the UPS Privacy Notice at www.ups.com

UPS

**Extremely Urgent**

Visit UPS.com

**Apply shipping documents on this side.**

Scan QR code to
schedule a pickup

### Domestic Shipments

- To qualify for the letter rate, UPS Express® envelopes may only contain correspondence, urgent documents, and/or electronic media, and must weigh 8 oz. or less. UPS Express envelopes containing items other than those listed or weighing more than 8oz. will be billed by weight.

### International Shipments

- The UPS Express envelope may be used only for documents of no commercial value. Certain countries consider electronic media as documents. Visit ups.com/importexport to verify if your shipment is classified as a document.
- To qualify for the letter rate, the UPS Express envelope must weigh 8 oz. or less. UPS express envelopes weighing more than 8 oz. will be billed by weight.

**Note:** UPS Express envelopes are not recommended for shipments of electronic media containing sensitive personal information or breakable items. Do not send cash or cash equivalent.

### Window Envelope

Use this envelope with shipping documents printed from a laser or inkjet printer on plain paper. Insert shipping documents under window from the top.

\* ß Notice — Carriage hereunder may be subject to the rules relating to liability and other terms and/or conditions established by the Unification of Certain Rules Relating to International Carriage by Air (the "Warsaw Convention") and/or the Convention on International Carriage of Goods by Road (the "CMR Convention"). These commodities, technology or software were exported in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited.

The UPS Store RFID Label

Tracking #

1Z01127F027915 **2653**

This envelope is for use with the following services

Do not use this envelope for



WILKIE D FERGUSON US COURTHOUSE
400 N MIAMI AVE
RM 8N09
MIAMI FL 33128

F: GREEN3 S: TRED
M316-4600 x

1Z01127F027915 2653

BILLING: P/P

UPS 2ND DAY AIR

TRACKING #:   1Z 011 27F 02 7915 2653



FL 330 9-03

MIAMI FL 33128-1805

(305) 523-5100
WILKIE D FERGUSON US COURTHOUSE
400 N MIAMI AVE
RM 8N09
ANGELA E MOORE
CLERK US DIST CT
U.S. DIST CT OF FLA - MIAMI



For information about United Parcel Service

Serving you for more
United Parcel Service

For information about personal information.

# Express

Extremely Urgent



