**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-cv-25871-DPG**

BRIDLINGTON BUD LTD,

        *Plaintiff*,

  v.

The Partnerships, Unincorporated Associations Identified
on Schedule A,

        *Defendants*.

_____ /

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff BRIDLINGTON BUD LTD, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the following three Defendants with prejudice. Each party shall bear its own costs and fees.

| Def. No. | Seller Aliases | Defendants' Walmart Store URLs |
|---|---|---|
| 3 | Resenrot Stores | https://www.walmart.com/global/seller/102865711 |
| 8 | FAFABO Home Mall | https://www.walmart.com/global/seller/101595462 |
| 13 | Spretsnow | https://www.walmart.com/global/seller/102793743 |

April 3, 2026.

        Respectfully submitted,

        /s/ Andrew Palmer
        Andrew J. Palmer
        Palmer Law Group, P.A.
        110 East Broward Blvd, Suite 1700
        Fort Lauderdale, FL 33301
        Phone: 954-771-7050
        ajpalmer@palmerlawgroup.com
        ***Attorney for Plaintiff***

1